```
DANIEL J. BRODERICK, #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARLOS M. BLANCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>CARLOS M. BLANCO, )<br>)<br>　　　　　Defendant. )<br>_____ ) | NO. 6:06-mj-00033 WMW<br><br>STIPULATION SETTING MOTIONS SCHEDULE, AND CONTINUING STATUS CONFERENCE HEARING AND RESETTING AS HEARING ON MOTIONS<br>ORDER THEREON<br><br>Date: May 31, 2006<br>Time: 10:00 A.M.<br>Judge: Hon. William M. Wunderlich |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a motions schedule be set as follows: defendant's motions shall be filed on or before May 10, 2006, government responses to be filed on or before May 24, 2005, **and that the status conference hearing now set for April 25, 2006, may be continued to May 31, 2006, at 10:00 A.M. and reset as a hearing on motions.**

   This continuance is sought by counsel for defendant to allow her additional time for defense preparation and investigation and time to adequately prepare appropriate motions on defendant's behalf.

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: April 20, 2006          /s/ Elizabeth Waldow
                               ELIZABETH WALDOW
                               Chief Legal Officer
                               National Park Service


                               DANIEL J. BRODERICK
                               Acting Federal Defender

DATED: April 20, 2006     By   /s/ Ann H. Voris
                               ANN H. VORIS
                               Assistant Federal Defender
                               Attorneys for Defendant
                               CARLOS M. BLANCO


## O R D E R

**IT IS SO ORDERED.**   Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 24, 2006**          /s/  William M. Wunderlich
mmkd34                               UNITED STATES MAGISTRATE JUDGE

Stipulation Setting Motions Schedule, and Continuing
Status Conference Hearing and Resetting as Hearing
On Motions; [Proposed] Order Thereon         −2−