ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:06-mj-033 |
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S MOTION TO DISMISS |
| v. | ) | |
| CARLOS M. BLANCO, | ) | Date: May 31, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate Judge: |
| | ) | Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response in Denial of Defendant's Motion to Dismiss the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion to Dismiss be denied.

1

Respectfully submitted,


Dated: May 31, 2006                    /s/Elizabeth Waldow
                                       Elizabeth Waldow
                                       National Park Service


**ORDER**

IT IS SO ORDERED.

**Dated:   June 2, 2006                    /s/  William M. Wunderlich**
mmkd34                              UNITED STATES MAGISTRATE JUDGE

2