```
DANIEL J. BRODERICK, #89424
Federal Defender
ELIZABETH T. HEY, PA Bar #56464
Assistant Federal Defender
Designated Counsel for Service
P. O. Box 631
Yosemite Nat'l. Park, California  95389
Telephone: (209) 372-0306

Attorney for Defendant
CARLOS M. BLANCO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:06-mj-00033 WMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION VACATING TRIAL DATE AND RE-SETTING FOR STATUS CONFERENCE HEARING; [PROPOSED] ORDER THEREON |
| v. | ) | |
| CARLOS M. BLANCO, | ) | Date:  July 18, 2006 |
| Defendant. | ) | Time:  10:00 A.M. |
| | ) | Judge: Hon. William M. Wunderlich |

**IT IS HEREBY STIPULATED** by the parties hereto through their respective counsel that **the trial date in the above-entitled court now set for July 6, 2006, may be vacated and that the matter be re-set for status conference hearing on July 18, 2006, at 10:00 A.M.**

                      DANIEL J. BRODERICK
                      Federal Defender

 /s/  Elizabeth Waldow         By  /s/ Elizabeth T. Hey
ELIZABETH WALDOW          Assistant Federal Defender
Chief Legal Officer            Attorneys for Defendant
National Park Service           CARLOS M. BLANCO
DATED:  June 30, 2006          DATED:  June 30, 2006

**O R D E R**

**IT IS SO ORDERED.**

  DATED:  June ____, 2006
                         WILLIAM M. WUNDERLICH, Magistrate Judge
                         Eastern District of CaliforniaIT IS SO ORDERED.

**Dated:   July 5, 2006  **     **/s/  William M. Wunderlich**

mmkd34                          UNITED STATES MAGISTRATE JUDGE